

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**UNITED STATES OF AMERICA**

v.

**WAYNE MICHAEL WEEDEN,**

                **Defendant.**

**Criminal Action No.
08-CR-307 (NAM)**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the Court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses Indictment No. 08-CR-307 (NAM) against the Defendant, **WAYNE MICHAEL WEEDEN**.

The reason(s) for this dismissal are (check one or more):

    \_\_\_ Case transferred to another District

    \_\_\_ Speedy Trial Act

    \_\_\_ Defendant's cooperation

    \_\_\_ Insufficient evidence at this time

    **X** Other: **The Defendant is going to participate in the Pre-Trial Diversion Program.**

With respect to this dismissal, the Defendant (check one):

__X__  Consents

____  Objects

____  Has not been consulted

This dismissal is without prejudice.

By: _____

ANDREW T. BAXTER
Acting United States Attorney
Northern District of New York

Carlos A. Moreno
Assistant United States Attorney
Bar Roll No. 105079
January 20, 2009

Leave of court is granted for the filing of the foregoing dismissal.

Dated:   January 23, 2009
Syracuse, New York

_____
NORMAN A. MORDUE
United States District Court Judge